UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, <br><br> Plaintiff, <br><br> v. <br><br> CDCR - HQ, et al., <br><br> Defendants. | Case No. 18-cv-06888-JD <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. Nos. 8, 9, 11, 15, 18, 19, 20, 25, 27 |

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent multiple notices that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP that includes a certificate of funds in in his account completed and signed by an authorized prison official. Therefore, this case is **DISMISSED** without prejudice. The Clerk shall close the case and **DISMISS** all pending motions (Docket Nos. 8, 9, 11, 15, 18, 19, 20, 25, 27).

**IT IS SO ORDERED.**

Dated: March 7, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR,<br><br>    Plaintiff,<br><br>v.<br><br>CDCR - HQ, et al.,<br><br>    Defendants. | Case No. 18-cv-06888-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Sabino Quair ID: BG0478
California Institution for Men
P.O. Box 600
Chino, CA 91710

Dated: March 7, 2019

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: _____
                                          LISA R. CLARK, Deputy Clerk to the
                                          Honorable JAMES DONATO